**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
KYONG HO AHN,
*on her own behalf and on behalf of others similarly situated,*

|  |  |
|---|---|
| Plaintiff, | **Case No. 20-cv-09198** |
| v. |  |
| MB RYE METRO NAIL, INC.<br>    d/b/a Rye Metro Nails; and<br>SUN YOUNG KIM<br>    a/k/a Cindy Kim, | **STIPULATION** |
| Defendants. |  |

------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the Plaintiff and the attorneys for the Defendants, as follows:

1. The Defendants' MB RYE METRO NAIL, INC. d/b/a Rye Metro Nails and SUN YOUNG KIM a/k/a Cindy Kim (collectively, the "Defendants") time to answer or otherwise move in response to the Complaint is hereby extended to and includes **December 14, 2020**.

2. Defendants agree to (i) accept service of the Complaint and all amendments thereof in the above-captioned action and (ii) waive all defenses (including affirmative defenses) to the service of process.

3. No previous extensions have been requested or denied.

4. For this Stipulation, facsimile signatures shall be deemed as originals with the same full force and effect.

| | |
|---|---|
| Dated: December 2, 2020<br>Flushing, NY | Dated: 11/30/2020 |
| By: /s/ John Troy | By: _____ |
| John Troy, Esq. | Justin B. Perri, Esq. |
| **TROY LAW PLLC**<br>41-25 Kissena Boulevard Suite 103<br>Flushing, NY 11355<br>Tel: (718) 762-1324<br>*Attorneys for Plaintiff* | **BLACKSTONE LAW GROUP LLP**<br>1201 Broadway, 9th Floor<br>New York, New York 10001<br>(212) 779-3070 x104<br>*Attorney for Defendants* |

"SO-ORDERED" THIS __ DAY OF_____, 2020

_____
U.S.D.J.