**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

July 23, 2021

**Via ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

  Re: **Request for an Adjournment of Oral Arguments from July 26, 2021 at 11:00 am to a later time on July 26, 2021**
    *Ahn v. MB Rye Metro Nail, Inc.*, No. 20-cv-09198 (KMK), (S.D.N.Y.)

Your Honor,

  This office represents the Plaintiff in the above-referenced matter. We write respectfully with consent of Defendants counsel in regards to Your Honors order dated June 25, 2021, to hold oral arguments on the pending Motion to Compel Arbitration on July 26, 2021. Plaintiff's counsel respectfully requests an adjournment of the conference from July 26, 2021 at 11:00 am to a later time in the day, such as 1:00 pm. This is plaintiffs first request and granting such request will not prejudice any party.

  Plaintiffs request that, Your Honor Adjourn the Oral Arguments in the matter from 11:00 am on July 26, 2021 to a later time in the day, such as 1:00 pm. Plaintiff's counsel currently has another preschedule court conference that is also at scheduled at 11:00 am in the matter of *Zhang v. Sabrina USA Inc d/b/a Yumi Sushi et al.* 18-cv-12332. Additionally, plaintiffs' counsel has a bankruptcy pleading prior to 11:00 am that might run after 11:00 am. The undersigned counsel only has two attorneys at the firm and both attorneys will be needed at 11:00 am if the bankruptcy pleading goes after 11:00 am. Additionally, granting such request will not prejudice any party due to defendants' counsel consenting to the requested adjournment.

  For the reasons stated above, plaintiffs respectfully request that the oral arguments in the matter be adjourned from July 26, 2021 at 11:00 am to a later time in the day on July 26, 2021

  We thank the Court for its attention to and consideration of this matter and apologies for inconveniencing the court in any way.

            Respectfully submitted,
            TROY LAW, PLLC

            */s/ Aaron B. Schweitzer*
            Aaron B. Schweitzer
            *Attorney for Plaintiffs*

Hon. Kenneth M. Karas, U.S.D.J.
July 23, 2021
*Ahn v. MB Rye Metro Nail, Inc.*, No. 20-cv-09198 (KMK), (S.D.N.Y.)
Page 2 of 2

cc: via ECF
    all counsel of record


*AS/gd*


This request is untimely, as oral argument has been scheduled since 6/25/21. Nonetheless, it is granted. The Court will hold oral argument by teleconference at 2PM on 7/26/21.
7/26/21

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.