UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYONG HO AHN, *on her own behalf and on behalf of others similarly situated*,

                Plaintiff,

-v-

MB RYE METRO NAIL, INC., *et al.*,

                Defendants.

No. 20-CV-9198 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons explained on the record at Oral Argument on July 26, 2021, Plaintiff's Motion To Compel Individual Arbitration is denied without prejudice. The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 19.)

SO ORDERED.

Dated: July 26, 2021
      White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge