

**JOHN D. LOVI**
MANAGING PARTNER

P: (212) 779 3070 x 104
F: (212) 779 3070
john@blackstone-law.com

October 12, 2022

*Via ECF*

Hon. Kenneth M. Karas
U.S.D.J.
United States District Court Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     Re:    *Kyong Ho Ahn v. MB Rye Metro Nail, Inc. et ano, 20-cv-09198 (KMK)*

Your Honor:

This letter is to give notice of Respondents' intention to appeal the Arbitration Award filed by Andrew J. Peck on July 12, 2022, in the above-referenced matter in response to Claimant's proposed motion to confirm the award as stated in their September 19, 2022 letter to the Court. The purpose of this letter is to preserve Respondents' appeal only. A full response to Claimant's September 19 letter will be served and filed by October 17, 2022, as directed by the Court.

                                            Respectfully submitted,

                                            John D. Lovi
                                            *Counsel for Defendants*