UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
KYONG HO AHN,

                Plaintiff,                                      20 **CIVIL** 9198 (KMK)

       -v-                                                 **JUDGMENT**

MB RYE METRO NAIL, INC., and SUN
YOUNG KIM,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 20, 2023, the Court grants Plaintiff's Motion to confirm the arbitral award and denies Defendants' cross-motion to modify the award. Judgment is entered for the Plaintiff. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 20, 2023

                                                                            **RUBY J. KRAJICK**
                                                                            Clerk of Court

                                                         **BY:**
                                                                           _____
                                                                                **Deputy Clerk**